Evelyn Edwards, Plaintiff-Appellant, v. Robert Holcomb, Defendant-Appellee.

Gen. No. 10,687.

Fourth District.

February 21, 1966.

■■■■■■■■■■

■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■ Hutchens and Mann, of Winchester, for appellant; Schimmel & Schimmel, of Pittsfield, for appellee. Opinion by JUSTICE SMITH. Not to be published in full.